| | |
|---|---|
| Kevin H. Marino<br>John A. Boyle<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, New Jersey 07928-1488<br>(973) 824-9300 | OF COUNSEL:<br>Michael B. Carlinsky*<br>Kevin S. Reed*<br>Kimberly Carson*<br>**QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 |

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., AIG PC GLOBAL SERVICES, INC., NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PA, AIG SPECIALTY INSURANCE COMPANY, BLACKBOARD SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and WESTERN WORLD INSURANCE COMPANY,<br><br>          Plaintiffs,<br>  -against-<br><br>DELLWOOD INSURANCE GROUP, LLC, THOMAS CONNOLLY, KEAN DRISCOLL, and MICHAEL PRICE,<br><br>          Defendants. | Civil Action No. 2:24-cv-04456-EP-JBC<br><br>ECF Case<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THOMAS CONNOLLY, KEAN DISCROLL AND MICHAEL PRICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, American International Group, Inc., AIG PC Global Services, Inc., National Union Fire Insurance Co. of Pittsburgh PA, AIG Specialty Insurance Company, Blackboard Specialty Insurance Company, Lexington Insurance Company, Tudor Insurance Company and Western World Insurance Company, through their undersigned counsel, hereby dismiss with prejudice their claims in this

---

* Application for admission *pro hac vice* forthcoming.

action against Defendants Thomas Connolly, Kean Driscoll and Michael Price. For sake of clarity, Plaintiffs do **not** dismiss their claims against Defendant Dellwood Insurance Group, LLC.

Dated: May 24, 2024
Chatham, New Jersey

Respectfully submitted,

**MARINO, TORTORELLA & BOYLE, P.C.**

BY:   /s/ Kevin H. Marino
Kevin H. Marino
John A. Boyle
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Plaintiffs*

OF COUNSEL:

Michael B. Carlinsky (*pro hac vice* application forthcoming)
Kevin S. Reed (*pro hac vice* application forthcoming)
Kimberly Carson (*pro hac vice* application forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 5/29/2024