# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jboyle@khmarino.com
*OF COUNSEL

October 27, 2024

**VIA ECF**

Honorable James B. Clark, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg.
   & U.S. Courthouse
50 Walnut St.
Newark, NJ 07102

Re:   *American International Group, Inc., et al. v. Dellwood Ins. Group, LLC*
       Civil Action No. 2:24-cv-04456-EP-JBC

Dear Judge Clark:

Pursuant to the Consent Order Adjourning Initial Rule 16 Conference and Related Dates entered on October 15, 2024 [ECF No. 53], we write to respectfully provide the Court with the following dial-in information for the telephone conference scheduled for October 28, 2024, at 12:00 pm:

Toll Free Number: 888-489-2744
Participant Pin: 31254

Thank you for your consideration of this submission.

Respectfully yours,

John A. Boyle